**Order entered February 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00962-CR
No. 05-18-00963-CR

**RANDAL BERNADO ROGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-25417-R & F08-25425-R**

## ORDER

Before the Court is appellant's February 19, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received by the Court on February 19, 2019 filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE